BANCO COMERCIAL DE PUERTO RICO, demandante y apelado, *v.* JULIO PERALES, ANGEL LÓPEZ DÍAZ y VICENTE LÓPEZ MARTÍNEZ, demandados y apelante el primero.

Nos. 4573 y 4574.—*Vistos:* Abril 30, 1928. *Resueltos:* Mayo 10, 1928.

*Fulgencio Piñeiro,* abogado del apelante; *Luis Pereyó,* abogado del apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

La parte apelada solicita en estos dos casos la desestimación de los recursos interpuestos por frívolos.

En ambos las demandas se basaron en pagarés que se insertaron en las mismas y de los cuales aparecía claramente que todos los demandados se habían obligado solidariamente al pago de la deuda.

Uno de los demandados, Julio Perales, contestó en el primer caso que no obstante lo consignado en los pagarés lo cierto era que se trataba de una deuda contraída por "A. Pérez & Hermanos," de Humacao, y que tanto él como el demandado Angel López habían servido simplemente de fiadores, habiendo el banco demandante voluntariamente dejado de cobrar la deuda al verdadero deudor por consideraciones que quiso guardarle para dirigir luego su acción contra los fiadores. Otra contestación semejante formuló el dicho demandado Perales en el segundo caso.

Señaladas las vistas para el 8 de febrero de 1928, sólo compareció el demandante, que practicó su prueba, dictando la corte inmediatamente sus sentencias concediendo lo pedido en las demandas, esto es, el pago de las cantidades especificadas en los pagarés.

El 2 de marzo último Perales apeló de las sentencias para ante este tribunal y el 5 de abril siguiente la parte apelada archivó sus mociones de desestimación. El apelante no ha presentado oposición por escrito ni compareció al acto de la vista de las mociones.

Los hechos que dejamos expuestos constan de las mociones, de las certificaciones acompañadas y de los autos de esta corte, y basta examinarlos ligeramente para concluir

que asiste la razón a la parte apelada. Los recursos se interpusieron meramente para dilatar el cumplimiento de la sentencia. Los documentos insertos en la demanda son claros y terminantes. Hablan por sí mismos y de ellos surge la responsabilidad solidaria de todos los que los firmaron. Los demandados admitieron su autenticidad y no comparecieron el día del juicio a probar las defensas que alegaron.

Resulta, pues, que se trata de apelaciones enteramente frívolas. Probada tal circunstancia, no es necesario esperar que transcurran los 90 días a que se refiere la sección 59 del Reglamento de esta corte, 17 D.P.R. LXXIV, para desestimar como *deben desestimarse dichas apelaciones.*